

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00057-CV

FORT WORTH WEST SIDE, LTD                          APPELLANT
D/B/A FORT WORTH WEST SIDE
CAMPUS OF CARE

V.

KIRSTIE IRWIN, INDIVIDUALLY                           APPELLEE
AND AS REPRESENTATIVE OF
THE ESTATE OF JIMMIE JOYCE
LEDDY, DECEASED

------------

## FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 352-272365-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant Fort Worth West Side, Ltd.'s Unopposed

Motion To Dismiss Appellate Proceedings." It is the court's opinion that the

---

[1]*See* Tex. R. App. P. 47.4.

motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  April 30, 2015